**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADOLFO J. MACIO,

                Plaintiff,                                    19 **CIVIL** 10428 (NSR) (PED)

        -v-                                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 31, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
            July 31, 2020

                                                                      **RUBY J. KRAJICK**
                                                             _____
                                                                    **Clerk of Court**
                                          **BY:**
                                                                  _____
                                                                    **Deputy Clerk**